[No. 1757.]  .

ALEXANDER FORSYTH, PETITIONER, *v.* J. K. CHAM-
    BERS, JUSTICE OF THE PEACE OF MANHATTAN TOWN-
    SHIP, COUNTY OF NYE, STATE OF NEVADA, RESPONDENT.

[See syllabus in Case No. 1756, same title as above-entitled case, and same
    briefs filed by counsel, reported in this volume, page 337.]

ORIGINAL PROCEEDING.  *Certiorari* by Alexander Forsyth
to review a judgment rendered by J. K. Chambers, Justice
of the Peace of Manhattan Township, Nye County, Nevada.
**Judgment set aside.**

The facts sufficiently appear in the opinion.

*J. B. Dixon*, for Petitioner.

By the Court, NORCROSS, J.:

This is an original proceeding in *certiorari* presenting the
same questions as in the case of *Alexander Forsyth, Peti-
tioner* v. *J. K. Chambers, Justice of the Peace, etc., Respondent*
(No. 1756), 30 Nev. 337.  For the reasons stated in the case
last mentioned, it is ordered that the judgment made and
entered in the case of *F. L. Giffen, Plaintiff*, v. *A. Forsyth*,

*Defendant*, on the 16th day of January, 1908, in the justice's court of Manhattan Township, County of Nye, State of Nevada, and all subsequent proceedings based on said judgment, be, and the same are, hereby annulled, and that petitioner have judgment for his costs in this proceeding.